**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                  General Court Number
Clerk                                                                                                           415.522.2000

TO COUNSEL:

DATE:   May 21, 2007

RE:   **CV 07-02604 SC  : JOHN T KENDALL-v-STEPHEN M MOSKOWITZ**

BANKRUPTCY CASE NUMBER: **06-04256**

    The motion to Withdraw the Reference which you recently submitted to this office has been assigned the above referenced case number.

    Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

    Sincerely,

    RICHARD W. WIEKING, Clerk


    by:  Alfred Amistoso
    Case Systems Administrator