1  REIDUN STRØMSHEIM # 104938
   STROMSHEIM & ASSOCIATES
2  201 California Street, Suite 350
   San Francisco, California  94111
3  Telephone:    (415) 989-4100
   Fax:           (415) 989-2235
4  rstromsheim@stromsheim.com

5  Attorneys for Trustee,
   JOHN T. KENDALL

6

7

8

9

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  In re:                                Bankruptcy Case No. 04-46921 NK

14  MOSKOWITZ & NIXDORF, LLP              Chapter 7
    fdba Law Offices of Stephen M. Moskowitz,
15  LLP; Moskowitz, Nixdorf and Barnhart, LLP;
    Nixdorf & Associates, LLP
16
    Tax I.D. # 94-3256679
17
            Debtor
18  _____

19  JOHN T. KENDALL, TRUSTEE,

20                        Plaintiff,         C07-2604 SC

21  v.                                    **PLAINTIFF'S RESPONSE TO
                                            DEFENDANT'S BRIEF RE.
22  ERIC M. NIXDORF,                        JURISDICTION**

23                        Defendant.

24  _____

25

26  //

27  //

28  //

TO THE HONORABLE SAMUEL CONTI, UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, John T. Kendall, trustee of the above-referenced bankruptcy estate, and joins in the statements of law re. jurisdiction submitted by Mr. Nixdorf, the Defendant herein.

DATED:        This 2nd day of July, 2007.

STROMSHEIM & ASSOCIATES

_____/s/_____Reidun Strømsheim
Attorneys for Plaintiff,
JOHN T. KENDALL, Trustee