REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP<br><br>Tax I.D. # 94-3256679<br><br>      Debtor<br>_____<br><br>JOHN T. KENDALL, TRUSTEE,<br><br>      Plaintiff,<br><br>v.<br><br>STEPHEN M. MOSKOWITZ,<br><br>      Defendant. | Bankruptcy Case No. 04-46921 NK<br><br>Chapter 7<br><br><br><br><br><br><br><br>C07-2604 SC<br><br>**WITHDRAWAL OF PLAINTIFF'S RESPONSE TO DEFENDANT'S BRIEF RE. JURISDICTION** |

    John T. Kendall, trustee of the above-referenced bankruptcy estate, withdraws his Response to Defendant's Brief re Jurisdiction, filed on July 2, 2007 as docket #4, by error.

DATED:    This 2nd day of July, 2007.
                                    STROMSHEIM & ASSOCIATES


                                      /s/    Reidun Strømsheim
                                  Attorneys for Plaintiff,
                                  JOHN T. KENDALL, Trustee