REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK #220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:                (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP<br><br>Tax I.D. # 94-3256679<br><br>      Debtor<br>_____<br><br>JOHN T. KENDALL, TRUSTEE,<br><br>      Plaintiff,<br><br>v.<br><br>STEPHEN M. MOSKOWITZ,<br><br>      Defendant. | Case No.: C 07-2604 SC<br>Bankruptcy Case No. 04-46921 NK<br><br>Chapter 7<br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF  A SETTLEMENT IN THE UNDERLYING CONTROVERSY** |

    TO THE HONORABLE JUDGE SAMUEL CONTI:

    PLEASE TAKE NOTICE that the parties have reached a settlement in the underlying controversy.  Under the Bankruptcy Rule 9019 the settlement is subject to approval of the

//

Bankruptcy Court.  The approval process should be completed in about thirty (30) days.

DATED:        This 12th day of July, 2007.

                                        STROMSHEIM & ASSOCIATES


                                           /s/ Kristina Pollak
                                        Attorneys for Plaintiff,
                                        JOHN T. KENDALL, Trustee