REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK  # 220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:              (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
| Debtor | |
| JOHN T. KENDALL, TRUSTEE,<br>        Plaintiff,<br>v.<br>STEPHEN M. MOSKOWITZ,<br>        Defendant. | C-07-2604 SC<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR SEPTEMBER 7 , 2007 DUE TO PENDING SETTLEMENT**<br><br>Status conference: September 7, 2007<br>Time: 10:00 a.m. |

Plaintiff John T. Kendall, trustee of the above-referenced bankruptcy estate ("Plaintiff") and Defendant Stephen M. Moskowitz ("Defendant"), have reached a settlement in this matter, subject to approval of the Bankruptcy Court after notice of the settlement to all creditors.

In order to provide sufficient time to accomplish Bankruptcy Court approval of the settlement, Plaintiff by and through his attorneys of record, and Defendant, hereby stipulate and agree to continue the Initial Case Management Conference to December 7, 2007 at 10:00 a.m.

Dated: September 5, 2007

STROMSHEIM & ASSOCIATES

　/s/   Kristina Pollak
KRISTINA POLLAK
Attorney for Plaintiff,
JOHN T. KENDALL, Trustee

　/s/   Michael Cooper
MICHAEL COOPER
Attorney for , Defendant

I, Kristina Pollak, attest that concurrence in the filing of this document has been obtained from the other signatory.

STROMSHEIM & ASSOCIATES

　/s/   Kristina Pollak
KRISTINA POLLAK
Attorney for Plaintiff,
JOHN T. KENDALL, Trustee

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____    _____
SAMUEL CONTI
United States District Judge