1  REIDUN STRØMSHEIM # 104938
   KRISTINA POLLAK #220614
2  STROMSHEIM & ASSOCIATES
   201 California Street, Suite 350
3  San Francisco, California  94111
   Telephone:    (415) 989-4100
4  Fax:              (415) 989-2235
   kpollak@stromsheim.com
5
   Attorneys for Trustee,
6  JOHN T. KENDALL

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | In re:                                              | Case No.: C 07-2604 SC
   |                                                     | Bankruptcy Case No. 04-46921 NK
14 | MOSKOWITZ & NIXDORF, LLP
   | fdba Law Offices of Stephen M. Moskowitz,           | Chapter 7
15 | LLP; Moskowitz, Nixdorf and Barnhart, LLP;
   | Nixdorf & Associates, LLP
16
   Tax I.D. # 94-3256679
17
            Debtor
18  _____

19  JOHN T. KENDALL, TRUSTEE,

20            Plaintiff,                                 **CERTIFICATE OF SERVICE**

21  v.

22  STEPHEN M. MOSKOWITZ,

23            Defendant.

24                          **CERTIFICATE OF SERVICE**

25      I am employed in the County of San Francisco, State of California.  I am over the age of

26  eighteen years and not a party to the within case; my business address is 201 California Street, Suite

27  350, San Francisco, California 94111.  On this day I caused to be served the document(s) listed below:

28  **STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT
    CONFERENCE SET FOR SEPTEMBER 7, 2007 DUE TO PENDING SETTLEMENT**

on the following parties:

Michael D. Cooper
Wendel Rosen Black & Dean LLP
P.O. Box 2047
Oakland, CA 94607-2047

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on September 5, 2007.

          /s/   Malreen Prasad
Malreen Prasad
Legal Assistant