REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK  # 220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:      (415) 989-4100
Fax:               (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
| Debtor | |
| JOHN T. KENDALL, TRUSTEE, | C-07-2604 SC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR SEPTEMBER 7 , 2007 DUE TO PENDING SETTLEMENT** |
| STEPHEN M. MOSKOWITZ, | |
| Defendant. | |
| | Status conference: September 7, 2007 Time: 10:00 a.m. |

Plaintiff John T. Kendall, trustee of the above-referenced bankruptcy estate ("Plaintiff") and Defendant Stephen M. Moskowitz ("Defendant"), have reached a settlement in this matter, subject to approval of the Bankruptcy Court after notice of the settlement to all creditors.

1  In order to provide sufficient time to accomplish Bankruptcy Court approval of the
2  settlement, Plaintiff by and through his attorneys of record, and Defendant, hereby stipulate and
3  agree to continue the Initial Case Management Conference to December 7, 2007 at 10:00 a.m.
4  Dated: September 5, 2007

STROMSHEIM & ASSOCIATES

   /s/   Kristina Pollak
KRISTINA POLLAK
Attorney for Plaintiff,
JOHN T. KENDALL, Trustee


   /s/   Michael Cooper
MICHAEL COOPER
Attorney for , Defendant


I, Kristina Pollak, attest that concurrence in the filing of this document has been obtained from the other signatory.

STROMSHEIM & ASSOCIATES

   /s/   Kristina Pollak
KRISTINA POLLAK
Attorney for Plaintiff,
JOHN T. KENDALL, Trustee


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/5/07

SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*