1   REIDUN STRØMSHEIM # 104938
    KRISTINA POLLAK #220614
2   STROMSHEIM & ASSOCIATES
    201 California Street, Suite 350
3   San Francisco, California 94111
    Telephone:    (415) 989-4100
4   Fax:          (415) 989-2235
    kpollak@stromsheim.com
5
    Attorneys for Trustee,
6   JOHN T. KENDALL

7

8

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12

13

14  In re:                                  Case No.: C 07-2604 SC
                                            Bankruptcy Case No. 04-46921 NK
15  MOSKOWITZ & NIXDORF, LLP
    fdba Law Offices of Stephen M. Moskowitz,   Chapter 7
16  LLP; Moskowitz, Nixdorf and Barnhart, LLP;
    Nixdorf & Associates, LLP
17
    Tax I.D. # 94-3256679
18
            Debtor
19  ────────────────────────────────────────
20  JOHN T. KENDALL, TRUSTEE,
21              Plaintiff,                   **STIPULATION TO DISMISS**
22  v.
23  STEPHEN M. MOSKOWITZ,
24              Defendant.

25         IT IS HEREBY STIPULATED by and between plaintiff John Kendall, trustee of the above

26  bankruptcy estate ("Plaintiff" or "Trustee") and defendant Stephen M. Moskowitz ("Defendant"),

27  that the Plaintiff hereby dismisses the above-captioned adversary proceeding with prejudice,

28  //

STROMSHEIM &
ASSOCIATES
                                            1

1  pursuant to Federal Rule of Civil Procedure 41(a)(1), with each side to bear its own costs.

2  DATED:        This 5th day of December, 2007.

3                                STROMSHEIM & ASSOCIATES

4

5                                By    /s/    Kristina Pollak
6                                Attorneys for
                                 JOHN T KENDALL, Trustee
7

8

9  DATED:        This 5th day of December, 2007.

10                               WENDEL ROSEN BLACK & DEAN

11

12                               By:  /s/ Michael Cooper
13                               Capacity: attorney for
                                 STEPHEN M. MOSKOWITZ
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28