REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK #220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:                (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP<br><br>Tax I.D. # 94-3256679<br><br>　　　　Debtor<br>_____<br><br>JOHN T. KENDALL, TRUSTEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEPHEN M. MOSKOWITZ,<br><br>　　　　Defendant. | Case No.: C 07-2604 SC<br>Bankruptcy Case No. 04-46921 NK<br><br>Chapter 7<br><br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

　　　I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111.  On this day I caused to be served the document(s) listed below:

**STIPULATION TO DISMISS**

on the following parties:

Michael D. Cooper
Wendel Rosen Black & Dean LLP
P.O. Box 2047
Oakland, CA 94607-2047

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on December 5, 2007.

          /s/   Malreen Prasad
Malreen Prasad
Legal Assistant