REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK #220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone:    (415) 989-4100
Fax:            (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: C 07-2604 SC |
| | Bankruptcy Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz,<br>LLP; Moskowitz, Nixdorf and Barnhart, LLP;<br>Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
| Debtor | |
| ———————————————— | |
| JOHN T. KENDALL, TRUSTEE, | |
| Plaintiff, | **STIPULATION TO DISMISS** |
| v. | |
| STEPHEN M. MOSKOWITZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff John Kendall, trustee of the above

bankruptcy estate ("Plaintiff" or "Trustee") and defendant Stephen M. Moskowitz ("Defendant"),

that the Plaintiff hereby dismisses the above-captioned adversary proceeding with prejudice,

//

1   pursuant to Federal Rule of Civil Procedure 41(a)(1), with each side to bear its own costs.

2   DATED:        This 5th day of December, 2007.

3                            STROMSHEIM & ASSOCIATES

4

5                            By    /s/    Kristina Pollak
6                            Attorneys for
                             JOHN T KENDALL, Trustee
7

8

9   DATED:        This 5th day of December, 2007.

10                           WENDEL ROSEN BLACK & DEAN

11

12
                             By:  /s/ Michael Cooper
13                           Capacity: attorney for
                             STEPHEN M. MOSKOWITZ
14

15

16

17                                        UNITED STATES DISTRICT COURT

18                                        IT IS SO ORDERED

19

20                                        Judge Samuel Conti

21                                        NORTHERN DISTRICT OF CALIFORNIA

22

23

24

25

26

27

28